TJOFLAT, Circuit Judge,
concurring, in which EDMONDSON, Circuit Judge, joins:
I fully agree with the court’s explanation of why the district court could not grant Gilbert the relief he seeks, but feel obliged to make the following observations.
First, I think it unnecessary to describe in detail the circumstances of Gilbert’s crime — including the presence of his five-year old daughter — and Gilbert’s criminal record, and then posit that, if he were to be resentenced, the district court would likely impose the same sentence he received in the first instance. None of that is relevant. I therefore do not join in part II.A of the court’s opinion. The sole issue we are called upon to decide is whether the savings clause applies in this ease. The court holds, correctly, that it does not.
Second, having decided that the savings clause does not apply in this case, we do not need to imagine the potential consequences of a contrary holding. I therefore decline to join part II.B.4 of the court’s opinion.